

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00428-CV

———————————————————

IN THE INTEREST OF D.B. AND G.B., CHILDREN

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CV16-00788

Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant D.B. (Mother), proceeding pro se, attempts to appeal an "Order Denying Motion to Recuse" signed by the presiding judge of the Eighth Administrative Judicial Region on October 28, 2019. Mother's "Motion to Recuse Judge" was filed on April 27, 2018, after the trial court had entered a final order terminating the parent-child relationship between Mother and D.B. (Dylan) and G.B. (Gabby), and while that termination order was on appeal with our court.[1] *See In re D.B.*, No. 02-18-00015-CV, 2018 WL 2324689 (Tex. App.—Fort Worth May 22, 2018, pet. denied) (per curiam) (mem. op.). We subsequently affirmed the termination order, and our mandate issued on March 4, 2019. *Id.* at *18. Thus, the trial court had entered a final judgment and our mandate had issued before the presiding judge of the Eighth Administrative Judicial Region signed the "Order Denying Motion to Recuse."

On December 4, 2019, we sent Mother a letter expressing our concern that we lack jurisdiction because the "Order Denying Motion to Recuse" was not a final judgment or an appealable interlocutory order. *See* Tex. R. Civ. P. 18a(j)(1)(A) ("An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment."). We informed Mother that unless she filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. P. 42.3(a), 44.3. Although Mother has filed a response, it does not show

---

[1]We use aliases to refer to the children. *See* Tex. R. App. P. 9.8(b)(2).

grounds for continuing the appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f); Tex. R. Civ. P. 18a(j)(1)(A); *In re M.A.A.*, No. 05-14-01180-CV, 2016 WL 4442839, at *5 (Tex. App.—Dallas Aug. 23, 2016, no pet.) (mem. op.) (holding that appellate court lacked jurisdiction to consider complaint regarding order denying motion to recuse where said order was unconnected to any final judgment in the case).

Per Curiam

Delivered: January 16, 2020